1052

[No. 26331-9-II.   Division Two.   October 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER L. HUDNALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 99-1-00192-1, Joel M. Penoyar, J., entered August 18, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 26667-9-II.   Division Two.   October 26, 2001.]

FINANCIAL PACIFIC LEASING, L.L.C., *Respondent*, v. RICHARD FREEMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-10606-3, Terry D. Sebring, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 44707-6-I.   Division One.   October 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC K. BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05617-3, Anthony P. Wartnik, J., entered June 1, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.